GtC
MIP

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>         v.<br><br><br><br>Epigmenio AYALA-Ruiz,<br><br><br><br>                Defendant. | Magistrate Docket No. '21 MJ4588<br><br>**COMPLAINT FOR VIOLATION OF:**<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about November 20, 2021, within the Southern District of California, defendant Epigmenio AYALA-Ruiz, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely Gustavo BUENO-Zamora, Rocio CAMPOS-Gallardo, Gonzalo GARCIA-Mencias, and Alain Alexandro OROZCO-Perez, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON NOVEMBER 22, 2021

_____
HON. MITCHELL D. DEMBIN
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Epigmenio AYALA-Ruiz

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Gustavo BUENO-Zamora, Gonzalo GARCIA-Mencias, Rocio CAMPOS-Gallardo and Alain Alexandro OROZCO-Perez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 20, 2021, Border Patrol Agents D. Johanson, A. Bordzilovski and M. Mazur were performing their assigned duties in the San Clemente Border Patrol Station's area of responsibility in San Diego Bay located in San Diego, California aboard a marked Customs and Border Protection Vessel.

At approximately 2:10 PM, Agent Mazur observed an older model vessel, white in color, executing a pattern similar to previous smuggling encounters. Agent Mazur conducted a vessel registration check which revealed registration out of San Quintin, Mexico and Long Beach, California. Agent Mazur observed three individuals on the deck. The captain, later identified as the defendant, Epigmenio AYALA-Ruiz and material witnesses, Rocio CAMPOS-Gallardo and Alain Alexandro OROZCO-Perez. Agent Mazur observed the vessel's irregular pattern of travel and activated the emergency lights and sirens.

Agent Johanson identified himself as a Border Patrol Agent and instructed AYALA to turn off the engine. Ayala complied and Agent Johanson then performed an immigration inspection. AYALA, CAMPOS and OROZCO, stated they are citizens of Mexico without proper immigration documents allowing them to enter or remain in the United States legally. AYALA then stated that there were more individuals below deck. Agent Johanson conducted a search and encountered eight individuals, including material witnesses, Gustavo BUENO-Zamora and Gonzalo GARCIA-Mencias, in a tightly enclosed space in the bow of the vessel.

The vessel was then towed to the United States Coast Guard Headquarters dock in San Diego, California. Agent Johanson identified himself as a Border Patrol Agent to all 11 individuals and conducted an immigration inspection. 10 individuals, including AYALA, BUENO, CAMPOS, GARCIA and OROZCO stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. One individual stated that he is a citizen and national of Guatemala without any immigration documents allowing him to enter or remain in the United States legally. At approximately 2:38

**CONTINUATION OF COMPLAINT:**
**Epigmenio AYALA-Ruiz**

PM, Agent Johanson placed all 11 individuals, including AYALA, BUENO, CAMPOS, GARCIA and OROZCO, under arrest.

On November 20, 2021 at 9:23 PM, AYALA agreed to speak without an attorney present. AYALA stated that he was tasked with taking 10 known undocumented people to downtown San Diego, California. AYALA stated that he would not be paying for smuggling fees due to his services but that the others were going to be charged $10,500 USD. AYALA stated that they were going to meet with four drivers in downtown San Diego and from there they were all going to be taken to Los Angeles, California.

On November 21, 2021, the material witnesses in this event stated that they paid $10,000 USD to $15,000 USD to be smuggled into the United States and then taken from San Diego, California to Los Angeles, California. Three of the four material witnesses positively identified Epigmenio AYALA-Ruiz in a photo line-up as being the captain. Gustavo BUENO-Zamora stated that AYALA was the only person who drove the boat from Rosarito, Mexico to San Diego, California.

**Executed on November 21, 2021 at 10:22 AM.**

_____
Joshua Johnson
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 20, 2021, in violation of 8 USC 1324(a)(2)(B)(iii).

_____          November 21, 2021   11:16 AM, Nov 21, 2021
HON. MITCHELL D. DEMBIN                   Date/Time
United States Magistrate Judge